# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **U.S. Coal Corporation**                                                        Case No.  **14-51461**

Debtor(s)                                                                    Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the CEO of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __16__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **June 21, 2014**                                    **/s/ John A. Collins**
                                                          **John A. Collins**/**CEO**
                                                          Signer/Title

I, _____**Amelia Martin Adams**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __16__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **June 21, 2014**                                    **/s/ Amelia Martin Adams**
                                                          Signature of Attorney
                                                          **Amelia Martin Adams**
                                                          **DelCotto Law Group PLLC**
                                                          **200 North Upper Street**
                                                          **Lexington, KY 40507-1017**
                                                          **(859) 231-5800   Fax: (859) 281-1179**

ACTION BUSINESS COMPUTERS, INC
275 GOLD RUSH ROAD
LEXINGTON, KY  40503


ADP
P.O. BOX 78415
PHOENIX, AZ  85062-8415


ADVANCED SOLUTIONS
1901 EASTPOINT PKWY, SUITE 301
LOUISVILLE, KY  40223


ALLY FINANCE
P.O. BOX 380901
BLOOMINGTON, MN  55438


ALLY FINANCIAL
P.O. BOX 9001952
LOUISVILLE, KY  40290-1952


ALPHA LIT
8201 GREENSBORO DRIVE, SUITE 717
MCLEAN, VA  22102-3810


AMERICAN INTERNATIONAL GROUP
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


AMERICAN INTERNATIONAL GROUP
C/O VAN METER INSURANCE
181 PROSPEROUS PLACE
LEXINGTON, KY  40509


AT&T
P.O. BOX 6463
CAROL STREAM, IL  60197


AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL  60197-6463

BANK DIRECT CAPITAL FINANCING
STE 190 TWO CONWAY PARK 150 N FIEL
LAKE FOREST, IL  60045


BINGHAM GREENEBAUM DOLL LLP
3913 SOLUTIONS CENTER
CHICAGO, IL  60677-3009


BLACKHAWK MINING LLC
3228 SUMMIT SQUARE PLACE
LEXINGTON, KY  40509


BUSINESS COMMUNICATION SOLUTIONS
3306 CLAYS MILLS RD STE 201
LEXINGTON, KY  40503


CAMHZN
C/O CENTRECOURT ASSET MANAGEMENT
11 EAST 44TH STREET, SUITE 1600
NEW YORK, NY  10017


CAMOFI
ATTN: RICHARD SMITHLINE
11 EAST 44TH STREET, SUITE 1600
NEW YORK, NY  10017


CAMOFI MASTER LDC AND CAMHZN MASTER
C/O CENTRECOURT ASSET MANAGEMENT, LLC
350 MADISON AVE, 8TH FLOOR
NEW YORK, NY  10047


CARDINAL OFFICE PRODUCTS
P.O. BOX 980
FRANKFORT, KY  40602-0980


CARDMEMBER SERVICE TRADITIONAL
P.O. BOX 790408
ST. LOUIS, MO  63179-0408


CATERPILLAR FINANCIAL SERVICES CORPORATION
ATTN: BECKY JONES
NORTH AMERICA BUSINESS CENTER
2120 WEST END AVENUE
NASHVILLE, TN  37203

CECIL CONTRACTORS 3/1
2900 NEWTON PIKE
LEXINGTON, KY  40515

CECILIA B. STEEN
ADDRESS REDACTED

CENTRAL BANK & TRUST
300 W VINE STREET, 2ND FLOOR
LEXINGTON, KY  40507

CENTRAL BANK INSURANCE AGENCY
2400 HARRODSBURG ROAD
LEXINGTON, KY  40503

COLONIAL LIFE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220

COLONIAL LIFE
P.O. BOX 903
COLUMBIA, SC  29202-0903

COLUMBIA GAS OF KENTUCKY
P.O. BOX 742523
CINCINNATI, OH  45274-2523

COLUMBIA GAS OF KENTUCKY, REVENUE RECOVERY
200 CIVIC CENTER DR.
COLUMBUS, OH  43215

COMMERCIAL BANK
ATTN: RICK SPRINKLE
6710 CUMBERLAND GAP PARKWAY
HARROGATE, TN  37752

COMMONWEALTH OF VIRGINIA
OFFICE OF THE SECRETARY OF THE COMMONWEALTH
1111 EAST BROAD STREET, 4TH FLOOR
RICHMOND, VA  23219

```
COMMONWEALTH TECHNOLOGY
1263 E NEW CIRCLE ROAD
LEXINGTON, KY  40505-4290




CONTINENTAL STOCK TRANSFER & TRUST
17 BATTERY PLACE
NEW YORK, NY  10004




COULTER & JUSTUS PC
9717 COGDILL ROAD SUITE 201
KNOXVILLE, TN  37932




COULTER & JUSTUS PC
9717 COGDILL ROAD, SUITE 201
KNOXVILLE, TN  37932




CT CORPORATION SYSTEM
JAF STATION
P.O. BOX 4349
CAROL STREAM, IL  60197-4349




CUSTOM SOFTWARE SOLUTION INC
P.O. BOX 829
PRINCETON, WV  24740




DEAN MCAFEE HOLDINGS
ATTN: JULIA MCAFEE
P.O. BOX 321
NORTON, VA  24273




DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 11728
NEWARK, NJ  07101-4728




DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DE  19903




DELTA DENTAL INSURANCE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220
```

Case 14-51461-tnw    Doc 13    Filed 06/23/14    Entered 06/23/14 10:09:52    Desc Main
Document      Page 5 of 17

DELTA DENTAL OF KENTUCKY
P.O. BOX 
COLUMBUS, OH  43271

DELUXE BUSINESS FORMS
P.O. BOX 742572
CINCINNATI, OH  45274-2572

DENNIS KOUTSODIMITROPOULOS
ADDRESS REDACTED

DESIGN LINK LLC
2437 FORTUNE DRIVE, STE 175
LEXINGTON, KY  40509

EAST COAST MINER LLC
5 EAST 17TH STREET, APT 7
NEW YORK, NY  10003

ENTERPRISE FLEET MANAGEMENT
ATTN: MEGHAN MCCOMBS
13425 EASTPOINT CENTRE DR.
SUITE 124
LOUISVILLE, KY  40223

ERIN C. GABBERT
ADDRESS REDACTED

ERNST & YOUNG
P.O. BOX 640382
PITTSBURGH, PA  15264

FAYETTE COUNTY CLERK
ATTN: DON BLEVINS
162 EAST MAIN STREET
LEXINGTON, KY  40507

FAYETTE COUNTY PUBLIC SCHOOLS
701 EAST MAIN ST
LEXINGTON, KY  40502

FAYETTE COUNTY CROSS REFERENCE
ATTN: BECKY CROSS
TAX COLLECTION OFFICE P.O. BOX 55570
LEXINGTON, KY  40555-5570


FAYETTE HEATING & AIR
817 NANDINO BLVD
LEXINGTON, KY  40511


FIDELITY
P.O. BOX 73307
CHICAGO, IL  60673-7307


FIRST INSURANCE FUNDING CORP.
450 SKOKIE BLVD, SUITE 1000
P.O. BOX 66468
CHICAGO, IL  60062


FRANKLIN COUNTY CLERK OF COURTS
345 SOUTH HIGH STREET
COLUMBUS, OH  43215


FUTURTEC
111 GREAT NECK ROAD SUITE 301
GREAT NECK, NY  11021


GATEWAY PROPERTIES INC
P.O. BOX 55289
LEXINGTON, KY  40555-5289


GLOBAL SOFTWARE INC
3201 BEECHLEAF CT, STE 170
RALEIGH, NC  27604


GREAT MIDWEST INSURANCE CO.
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


GUARDIAN
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220

Case 14-51461-tnw    Doc 13    Filed 06/23/14    Entered 06/23/14 10:09:52    Desc Main
Document      Page 7 of 17

GUARDIAN
P.O. BOX 95101
CHICAGO, IL  60694-5101


ICAP UNITED INC
9931 CORPORATE CAMPUS DR STE 3000
LOUISVILLE, KY  40223


INSIGHT BUSINESS
P.O. BOX 7420273
CINCINNATI, OH  45274-0273


INTERNAL REVENUE SERVICE
500 N. CAPITOL ST. NW
WASHINGTON, DC  20221


INTERNAL REVENUE SERVICE
ATTN:   INSOLVENCY DISTRICT DIRECTOR
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD  21201


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 21126
PHILADELPHIA, PA  19114


IPFS CORPORATION
462 SOUTH 4TH STR #1700
LOUISVILLE, KY  40202-2509


JAMES RIVER INSURANCE CO.
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


JAMES SPRIGGS
C/O LAW OFFICES OF JEFFERY N. LOVELY
171 DIXIE AVENUE
P.O BOX 82
SALYERSVILLE, KY  41465


JBS COMMUNICATIONS LLC
149 CHEROKEE PARK
LEXINGTON, KY  40503

JESSICA MANNING
108 SPRING DRIVE
GEORGETOWN, KY  40324


JOHN COLLINS
ADDRESS REDACTED


JOHN WHITT
ADDRESS REDACTED


KEITH F. GOGGIN
5 EAST 17TH STREET, APT. 7
NEW YORK, NY  10003


KENNETH WHITT
ADDRESS REDACTED


KENTUCKY AMERICAN WATER
P.O. BOX 371880
PITTSBURGH, PA  15250-7880


KENTUCKY COAL ASSOCIATION
2800 PALUMBO DRIVE # 200
LEXINGTON, KY  40509


KENTUCKY DEPARTMENT FOR
NATURAL RESOURCES
ATTN STEVE HOHMANN
2 HUDSON HOLLOW
FRANKFORT, KY  40601


KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
STATION 18
FRANKFORT, KY  40601


KENTUCKY DEPARTMENT OF REVENUE
ATTN: LEGAL BRANCH – BANKRUPTCY SECTION
P.O. BOX 5222
FRANKFORT, KY  40602

```
KENTUCKY DEPARTMENT OF REVENUE
DIVISION OF COLLECTIONS AND TAX
P.O. BOX 181
STATION 67
FRANKFORT, KY  40602-0181


KENTUCKY DEPARTMENT OF REVENUE
LEGAL BRANCH - BANKRUPTCY SECTION
P.O. BOX 5222
FRANKFORT, KY  40602


KENTUCKY EMPLOYER'S MUTUAL INSURANCE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


KENTUCKY ENERGY AND ENVIR CABINET
APPALACHIAN VOICES INC ET AL
ATTN: BRUCE SCOTT COMMISSIONER
300 FAIR OAKS LN
FRANKFORT, KY  40601


KENTUCKY ENERGY AND ENVIRONMENTAL CABINET
ATTN: MICHAEL HAINES, GENERAL COUNSEL
CAPITOL PLAZA TOWER, 12TH FLOOR
FRANKFORT, KY  40601


KENTUCKY ENERGY AND ENVIRONMENTAL PROTECTION
ATTN: BRUCE SCOTT, COMMISSIONER
300 FAIR OAKS LANE
FRANKFORT, KY  40601


KENTUCKY STATE TREASURER
DEPARTMENT FOR NATURAL RESOURCES
500 MERO STREET
FRANKFORT, KY  40601


KENTUCKY STATE TREASURER
DIVISION OF MOTOR CARRIERS
P.O. BOX 2004
FRANKFORT, KY  40602


KENTUCKY STATE TREASURER
KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
STATION 18
FRANKFORT, KY  40601


KENTUCKY STATE TREASURER
OFFICE OF RECLAMATION GUARANTY FUND
#2 HUDSON HOLLOW
FRANKFORT, KY  40601
```

KENTUCKY UTILITIES CO. PPL COMPANY
P.O. BOX 9001954
LOUISVILLE, KY  40290-1954



KOLMAR AMERICAS INC.
10 MIDDLE STREET #1701
BRIDGEPORT, CT  06604-4259



KOMATSU FINANCIAL L.P.
ATTN: WILLIAM JACOBI
ONE CONTINENTAL TOWERS
1701 W. GOLF ROAD
SUITE 300
ROLLING MEADOWS, IL  60008

LAWRENCE KAPLAN
2000 SOUTH OCEAN BOULEVARD
BOCA RATON, FL  33432



LEONARD EGAN
1900 L STREET NW, STE 611
WASHINGTON, DC  20036



LEXINGTON COFFEE & TEA
2571 REGENCY RD
LEXINGTON, KY  40503



LEXINGTON-FAYETTE URBAN COUNTY GOVT
DIVISION OF REVENUE
P.O. BOX 14058
200 E. MAIN ST.
LEXINGTON, KY  40507


LEXINGTON-FAYETTE URBAN COUNTY GOVT
P.O. BOX 742636
CINCINNATI, OH  45274-2636



LRR UNSECURED NOTE
C/O LICKING RIVER RESOURCES, INC.
P.O. BOX 637
WEST LIBERTY, KY  41472



MALCOLM THOMAS
ADDRESS REDACTED

MARLIN BUSINESS BANK
P.O. BOX 13604
PHILADELPHIA, PA  19101-3604


MICHAEL GOODWIN
591 CROTON LAKE RD
BEDFORD CORNERS, NY  10549


MICHAEL P. WINDISCH
ADDRESS REDACTED


MORRIS JAMES LLP
500 DELAWARE AVE, SUITE 1500
WILMINGTON, DE  19899-2306


NETGAIN TECHNOLOGIES
2031 GEORGETOWN RD
P.O. BOX 1873
LEXINGTON, KY  40511


NICK PILE
ADDRESS REDACTED


NIXON PEABODY LLP
437 MADISON AVENUE
NEW YORK, NY  10022-7001


OFFICE MAX
P.O. BOX 101705
ATLANTA, GA  30392


OHIO TREASURER OF STATE
ATTN: REBECCA DAUM (ADMINISTRATOR)
30 E. BROAD STREET, 23RD FLOOR
COLUMBUS, OH  43215


OHIO TREASURER OF STATE
P.O. BOX 530
COLUMBUS, OH  43216

PAUL VARNEY
C/O KEVIN CALDWELL
P.O. DRAWER 3850
PIKEVILLE, KY  41502

PHSI PURE WATER FINANCE
P.O. BOX 404582
ATLANTA, GA  30384-4582

PITNEY BOWES GLOBAL FINANCIAL SRVS
P.O. BOX 371887
PITTSBURGH, PA  15250-7887

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA  15250-7874

PRYOR CASHMAN LLP
ATTN: EDWARD NORMANDIN
7 TIMES SQUARE
NEW YORK, NY  10036-6569

QUILL
P.O. BOX 37600
PHILADELPHIA, PA  19101

QX.NET
333 WEST VINE STREET STE 1210
LEXINGTON, KY  40507

RAY FOLEY HENSLEY & COMPANY PLLC
230 LEXINGTON GREEN CIRCLE, STE 600
LEXINGTON, KY  40503-3326

RONALD MULLINS
C/O MCKINNLEY MORGAN, ESQ.
921 SOUTH MAIN STREET
LONDON, KY  40741

SAMS CLUB
P.O. BOX 659783
SAN ANTONIO, TX  78265-9782

```
SCAP ONE AMERICA
P.O. BOX 782024
PHILADELPHIA, PA  19182-4024




SCOTT D. STURGILL
ADDRESS REDACTED




SECURITIES & EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN: OFFICE OF THE GENERAL COUNSEL (BANKRUPTCY)
100 F ST NE
WASHINGTON, DC  20549



SME
230 MMRB
LEXINGTON, KY  40506-0107




SNL FINANCIAL
ONE SNL PLACE
CHARLOTTSVILLE, VA  22902




TAMERA STEWART
30 WHITE CIRCLE
WINCHESTER, KY  40391




THE HUNTINGTON NATIONAL BANK
ATTN: KAREN LAYMAN
105 EAST 4TH STREET
CN200C
CINCINNATI, OH  45202


THE NELSON LAW FIRM LLC
WHITE PLAINS PLAZA
ONE N. BROADWAY
WHITE PLAINS, NY  10601



TIME WARNER CABLE
P.O. BOX 1060
CAROL STREAM, IL  60132-1060



TRADITIONAL BANK
ATTN: SARAH JEFFERSON
2801 PALUMBO DRIVE
LEXINGTON, KY  40509
```

Case 14-51461-tnw    Doc 13    Filed 06/23/14    Entered 06/23/14 10:09:52    Desc Main
Document    Page 14 of 17

```
U.S. BANK
ATTN: DOCUMENT
ONE FINANCIAL SQUARE
LOUISVILLE, KY   40202



U.S. ATTORNEY GENERAL
US DEPT OF JUSTICE
ATTN: ERIC H HOLDER JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON, DC   20530



U.S. ATTORNEYS OFFICE
EASTERN DISTRICT OF KENTUCKY
ATTN: DAVID E. MIDDLETON
260 W VINE STREET SUITE 300
LEXINGTON, KY   40507-1612



U.S. ATTORNEYS OFFICE
EASTERN DISTRICT OF KENTUCKY
ATTN: KERRY B HARVEY
260 W VINE STREET SUITE 300
LEXINGTON, KY   40507-1612



U.S. BANK NATIONAL ASSOCIATION
721 LOCUST   STREET
ST LOUIS, MO   63101



U.S. BANK NATIONAL ASSOCIATION
ATTN: JOSEPH HENSLEY
1 FINANCIAL SQUARE
LOUISVILLE, KY   40202



U.S. DEPARTMENT OF JUSTICE
ATTM MARK MCDERMOTT
PO BOX 7611
WASHINGTON, DC   20044-7611



U.S. DEPARTMENT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON, DC   20210



U.S. ENVIRONMENTAL PROTECTION AGENCY
ARIEL RIOS BUILDING
1200 PENNSYLVANIA AVENUE NW
WASHINGTON, DC   20460



U.S. ENVIRONMENTAL PROTECTION AGENCY
C/O MARTIN F MCDERMOTT US DOJ
PO BOX 23986
WASHINGTON, DC   20026-3986
```

```
U.S. ENVIRONMENTAL PROTECTION AGENCY
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET SW
ATLANTA, GA  30303-3104



UNITED HEALTHCARE INSURANCE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220



UNITED HEALTHCARE INSURANCE CO
22561 NETWORK PLACE
CHICAGO, IL  60673



UPS
LOCKBOX 577
CAROL STREAM, IL  60132-0577



VAN METER INSURANCE AGENCY INC
181 PROSPEROUS PLACE
LEXINGTON, KY  40509



VERIZON WIRELESS
ATTN: CORRESPONDENCE TEAM
P.O. BOX 5029
WALLINGFORD, CT  06492



VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, KY  18002-5505



VINCENT FISTER INC
P.O. BOX 5063
LEXINGTON, KY  40555-5063



VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
P.O. BOX 1115
RICHMOND, VA  23218-1115



VIRGINIA STATE CORPORATION COMMISSIONER
OFFICE OF THE CLERK
P.O. BOX 1197
RICHMOND, VA  23218
```

```
VIRGINIA BELCHER
ADDRESS REDACTED



WANDA LYKINS
C/O JOHN C. COLLINS
P.O. BOX 475
SALYERSVILLE, KY  41465



WHAYNE SUPPLY COMPANY
ATTN: BEVERLY LOWE
359 SOUTH LANKS BRANCH
PIKEVILLE, KY  41501



WILLIAM J. MANNING
ADDRESS REDACTED



WILMINGTON TRUST COMPANY
ATTN: BORIS TREYGER
166 MERCER STREET, SUITE 2R
NEW YORK, NY  10012



WILMINGTON TRUST COMPANY
P.O. BOX 8955
WILMINGTON, DE  19899-8955



WINDSTREAM
P.O. BOX 9001950
LOUISVILLE, KY  40290-1950



YORK CLAIMS SERVICESINC
P.O. BOX 183188
LONGWOOD, FL  32791



ZACHARY T. KING
ADDRESS REDACTED




Total: 159
```