UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LICKING RIVER MINING, LLC, et al. | CASE NO. 14-10201 (ASHLAND & |
| DEBTORS IN POSSESSION | LONDON DIVISIONS) |
| | JOINTLY ADMINISTERED |

\*\*\*\*\*\*

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| U.S. COAL CORPORATION | CASE NO. 14-51461 (LEXINGTON DIVISION) |
| DEBTOR IN POSSESSION | (JOINT ADMINISTRATION APPLICATION PENDING) |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

This matter having come on for hearing before the Court on the Expedited Motion for an Order Authorizing Joint Administration of the Chapter 11 Cases (the "Motion") filed in the above-captioned cases by U.S. Coal Corporation ("U.S. Coal"), as debtor, and Licking River Mining, LLC, Licking River Resources, Inc., S. M. & J., Inc., Fox Knob Coal Co., Inc., and J.A.D. Coal Company, Inc., as jointly-administered debtors (collectively, the "Debtors"); the Court having reviewed the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (c) notice of the Motion was sufficient under the circumstances, and (d) good and sufficient cause exists for granting the Motion; and the Court having previously

entered an Order [Doc 91][1] authorizing joint administration of the Debtors' Chapter 11 cases, it appearing that joint administration of U.S. Coal and the Debtors' bankruptcy cases will be in the best interests of U.S. Coal and the Debtors' creditors and Estates, and will further economic and efficient administration of these cases; and no objections to the Motion having been filed or any timely objections being hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised; and having considered same;

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned Chapter 11 bankruptcy cases of U.S. Coal and the Debtors (the "Bankruptcy Cases") shall be jointly administered by the Court.

3. The caption of the jointly-administered Bankruptcy Cases for any matter before this Court which relates to each or any of U.S. Coal and the Debtors' respective Chapter 11 cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND, LONDON, AND LEXINGTON DIVISIONS

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LICKING RIVER MINING, LLC, *et al.* | CASE NO. 14-10201 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

4. A docket entry shall be entered in each of the above-captioned cases in substantially the form as follows:

> An order has been entered in this case directing the joint administration of the Chapter 11 cases of Licking River Mining, LLC (Case No. 14-10201), Licking River Resources, Inc. (Case No. 14-10203), S. M. & J., Inc. (Case No. 14-10220), Fox Knob Coal Co., Inc. (Case No. 14-60619), J.A.D. Coal Company, Inc. (Case

---

[1] This is the ECF number for the lead bankruptcy case of Licking River Mining, LLC, Case No. 14-10201.

2

No. 14-60676), and U.S. Coal Corporation (Case No. 14-51461).  Hereinafter, the docket for Case No. 14-10201 should be consulted for all matters affecting these Debtors.

5. All future pleadings in the Bankruptcy Cases shall be filed in the lead case of Licking River Mining, LLC, Case No. 14-10201.

6. The consolidation of these Chapter 11 cases is for administrative purposes only and is not substantive consolidation of U.S. Coal and/or the Debtors' respective Chapter 11 statuses.

7. U.S. Coal and the Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Tendered by:

DELCOTTO LAW GROUP PLLC


/s/ Amelia Martin Adams, Esq.
KY Bar No. 93038
Laura Day DelCotto, Esq.
KY Bar No. 81763
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
aadams@dlgfirm.com
ldelcotto@dlgfirm.com

and

NIXON PEABODY LLP

/s/ Dennis J. Drebsky, Esq.
NY Bar No. 1181007
Christopher M. Desiderio, Esq.
NY Bar No. 4350633
437 Madison Avenue
New York, NY 10022-7039
Telephone:  (212) 940-3000
Facsimile:   (212) 940-3111
ddrebsky@nixonpeabody.com
cdesiderio@nixonpeabody.com

COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION

AND

COUNSEL FOR
ALLEGED DEBTOR
(UNDER PENDING APPLICATION)

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

Z:\Jt Admin Ord 20140622.doc

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, June 27, 2014**
**(tnw)**